IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SERGIO ALEJANDRO DIAZ CHAPARRO,<br>A# 245-184-088,<br><br>*Petitioner*,<br><br>V.<br><br>SYLVESTER M. ORTEGA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; *et al.*,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-01828-FB |

**JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting in Part Writ of Habeas Corpus signed this same date,

IT IS ORDERED, ADJUDGED and DECREED that the Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED IN PART** such that Respondents are ORDERED to provide Petitioner Sergio Alejandro Díaz Chaparro with a bond hearing before an immigration judge or release Petitioner from their custody according to the terms and conditions set forth in the Court's Order. In all other respects, the Petition is **DENIED**.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 7th day of April, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE