IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SERGIO ALEJANDRO DIAZ CHAPARRO, | § | |
| A# 245-184-088, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| | § | |
| V. | § | CIVIL CASE NO. SA-26-CV-01828-FB |
| | § | |
| SYLVESTER M. ORTEGA, Field Office | § | |
| Director of Enforcement and Removal | § | |
| Operations, San Antonio Field Office, | § | |
| Immigration and Customs Enforcement; *et al.*, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER REGARDING PENDING MOTIONS

Before the Court is the Federal Respondents' Presumed Opposed Motion to Lift Stay of Removal, filed on June 4, 2026. (ECF No. 12). To date, no response in opposition has been filed. To the extent any stay remains in place, the Court is of the opinion it should be lifted.

Also before the Court is Petitioner's *Pro Se* Emergency Motion to Enforce Habeas Order and for Immediate Release, filed on May 26, 2026. (ECF No. 11). Given that Petitioner is subject to a final order of removal and Petitioner's removal appears imminent, the Court is of the opinion that the motion should be denied.

IT IS THEREFORE ORDERED that the Federal Respondents' Presumed Opposed Motion to Lift Stay of Removal (ECF No. 12) is GRANTED such that any stay that remains in place is LIFTED.

IT IS FINALLY ORDERED that Petitioner's *Pro Se* Emergency Motion to Enforce Habeas Order and for Immediate Release (ECF No. 11) is DENIED.

It is so ORDERED.

SIGNED this 24th day of June, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE